```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-24-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                  Plaintiff,

    -against-

MANNY LIZARDO,

                  Defendant.

------------------------------------------------------------------ x

25-CR-33 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

An Arraignment is scheduled for **January 28, 2025, at 2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
          January 24, 2025

_____
ANDREW L. CARTER, JR.
United States District Judge