**MEMO ENDORSED**

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 28, 2025

**BY EMAIL AND ECF**
The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/29/25
```

Re: *United States v. Manny Lizardo*, 25 Cr. 33

Dear Judge Carter,

The Government writes respectfully in advance of the conference scheduled for tomorrow, April 29, 2025, at 2:00 p.m., in the above-referenced case. The parties are engaged in active discussions regarding a potential pre-trial resolution in this case and request an adjournment of approximately 60 days to allow such discussions to continue. The Government respectfully requests that time be excluded through the date of the next conference and submits that such an exclusion is in the interest of justice for the reason stated above. The Government has conferred with counsel for the defendant who has confirmed that counsel consents to the exclusion of time here.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

cc: Defense Counsel (by ECF)

The application is **GRANTED**. The status conference is adjourned to 7/1/25 at 12:00 noon. Time excluded from 4/29/25 to 7/1/25 in the interest of justice.
So Ordered.

*[Signature of Andrew L. Carter]*
4/29/25