# O'NEILL / HASSEN

Attorneys at Law

August 7, 2025

VIA ECF and Email
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *United States v. Manny Lizardo,* 25 Cr 33 (ALC)

Dear Judge Carter:

I represent Mr. Lizardo in the above-captioned matter. The parties jointly write to request an adjournment of the status conference that is currently set for September 4, 2025. The parties are actively engaged in negotiations and are hopeful that these discussions may lead to a pre-trial resolution of this matter. We consent to the exclusion of time until the next Court appearance. We ask that the case be adjourned for approximately 60 days.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Manny Lizardo*

The application is **GRANTED**.  The status conference is adjourned to 11/4/25 at 12 p.m.  Time excluded from 9/4/25 to 11/4/25 in the interest of justice.
So Ordered.                                                    8/28/25

1 / P (212) 203-1858          4 / www.oandh.net
2 / F (212) 203-1858          5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net         6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA