**MEMO ENDORSED**

**O'NEILL / HASSEN**                                                           Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/13/25__

November 13, 2025

VIA ECF and Email
Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *United States v. Manny Lizardo,* 25 Cr 33 (ALC)

Dear Judge Carter:

    I am writing to request a temporary modification of Mr. Lizardo's bond. Pretrial consents to this request and the government defers to pretrial.

    Mr. Lizardo wishes to attend a baseball game with his teenage daughter this Saturday November 15, 2025 at 1:00 P.M. He will coordinate all details with pretrial. The baseball game is at Citi field and is a special Dominican Republic v. Puerto Rico baseball game, featuring players from both of those places.

    Mr. Lizardo has been fully compliant with the strict terms of his supervised release. He is working two different jobs, has tested negative on all drug tests, and has been attending weekly counseling sessions at St. Mark's Institute for Mental Health.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

The application is **GRANTED**.
So Ordered.

*[Signature]*
11/13/25

---

1 / P (212) 203-1858        4 / www.oandh.net
2 / F (212) 203-1858        5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net       6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA