# O'NEILL / HASSEN

Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___7/1/26_____

June 29, 2026

VIA Email
Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *United States v. Manny Lizardo,* 25 Cr 33 (ALC)

Dear Judge Carter:

I am writing to request that the Court remove three of Mr. Lizardo's conditions of bail: 1) home detention; 2) location monitoring; and 3) prohibition on operating a car or other vehicle. The government does not object to the removal of these conditions of his supervised release.

I ask the Court to order the removal of these conditions of Mr. Lizardo's release. The government has no objection to the removal of these specific conditions of release.

I thank the Court for its consideration of this matter.

Respectfully submitted,

/s

Grainne E. O'Neill

The application is **GRANTED**.
So Ordered.

*Andrew T Carter*

7/1/26

1 / P (212) 203-1858          4 / www.oandh.net
2 / F (212) 203-1858          5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net        6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA